UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20668-WILLIAMS

TED DUKES,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

The Plaintiff, TED DUKES, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between the Plaintiff and Defendant have been settled. The parties respectfully request that this Court retain jurisdiction to enforce the terms of settlement, and a Joint Stipulation for Dismissal will be submitted upon effectuation of the terms of the settlement.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By: */s/ Jacqueline Garcell*
    **JASON R. MARGULIES**
    Florida Bar No. 57916
    jmargulies@lipcon.com
    **JACQUELINE GARCELL**
    Florida Bar No. 104358
    jgarcell@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
　　**JACQUELINE GARCELL**

## SERVICE LIST
*Dukes v. Carnival Corporation*
**Case No. 17-CV-20668-Williams/Simonton**

| | |
|---|---|
| **Jason R. Margulies, Esq.** | **Valentina M. Tejera, Esq.** |
| jmagulies@lipcon.com | CARNIVAL CORPORATION |
| **Jacqueline Garcell, Esq.** | 3655 N.W. 87th Avenue |
| jgarcell@lipcon.com | Miami, Florida 33178-2428 |
| LIPCON, MARGULIES, | (305) 406-7556 Direct Phone |
| ALSINA & WINKLEMAN, P.A. | (305) 599-2600 Ext. 18042 Assistant's Phone |
| One Biscayne Tower, Suite 1776 | (305) 406-4732 Telefax |
| 2 S. Biscayne Boulevard | (305) 406-5399 Dedicated Judge's Phone |
| Miami, Florida 33131 | vtejera@carnival.com |
| Telephone No.: (305) 373-3016 | *Attorney for Defendant* |
| Facsimile No.: (305) 373-6204 | |
| *Attorneys for Plaintiff* | |